UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JASON BEXTEN,<br><br>        Plaintiff,<br><br>v.<br><br>MIKE NEWKIRK; UNITED CREDIT RECOVERY LLC; WORLD RECOVERY SERVICE, LLC; AMERICAN DEBT SALES, LLC; and LEONARD POTILLO,<br><br>        Defendants. | 2:11-CV-001660-PMP-RJJ<br><br>ORDER |

        IT IS ORDERED that the Court will hold a hearing on Defendant United Credit Recovery, LLC's Emergency Motion for Temporary Restraining Order and Request for Preliminary Injunction Hearing (Doc. #3) on Tuesday, November 1, 2011 at 4:00 p.m. in Courtroom 7C, in the United States District Court, District of Nevada, located at 333 S. Las Vegas Blvd., Las Vegas, Nevada, 89101.

        IT IS FURTHER ORDERED that Defendant United Credit Recovery, LLC shall immediately notify Plaintiff Jason Bexten of the hearing, and shall forthwith serve Plaintiff Jason Bexten with the Emergency Motion for Temporary Restraining Order and Request for Preliminary Injunction Hearing (Doc. #3) together with a copy of this Order.

        IT IS FURTHER ORDERED that Plaintiff Jason Bexten shall file a response no later than Friday, October 28, 2011.

DATED: October 21, 2011

_____
PHILIP M. PRO
United States District Judge