THOMAS G. RYAN
NEVADA BAR NO. 9378
MATTHEW PARK
NEVADA BAR NO. 12062
LEWIS AND ROCA LLP
3993 Howard Hughes Parkway
Suite 600
Las Vegas, Nevada 89169
(702) 949-8200
(702) 949-8398 (fax)
Attorneys for Plaintiff
Jason Bexten

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| JASON BEXTEN,<br><br>  Plaintiff,<br><br>vs.<br><br>MIKE NEWKIRK, individually, UNITED CREDIT RECOVERY LLC, WORLD RECOVERY SERVICE, LLC, LEONARD POTILLO, individually and JOHN DOES 1 thru 100,<br><br>  Defendants. | Case No.:  2:11-cv-01660-PMP-RJJ<br><br>**NOTICE OF VOLUNTARY DISMISSAL** |

PLEASE TAKE NOTICE that plaintiff, Jason Bexten, hereby dismisses this action pursuant to Rule 41(a)(1)(A)(i).

Dated this 21st day of October , 2010.

IT IS SO ORDERED.

_/s/ Philip M. Pro_
PHILIP M. PRO
U.S. DISTRICT JUDGE

Dated: October 24, 2011.

LEWIS AND ROCA LLP

By /s/ Thomas G. Ryan
Thomas G. Ryan
Nevada Bar No. 9378
3993 Howard Hughes Parkway,
Suite 600
Las Vegas, Nevada 89169
Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the CM/ECF registrants

DATED this 21st day of October, 2010.

/s/ *Judy Estrada*
An Employee of Lewis and Roca LLP